RAYMOND NARDO, P.C.
129 Third Street
Mineola, NY 11501
(516)248-2121
raymondnardo@gmail.com
Counsel for Defendants ALAN PHILLIPS and JONAH PHILLIPS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHANG YAN CHEN *on his own behalf and on behalf of others similarly situated*<br><br>        Plaintiffs,<br><br>    -against-<br><br>LILIS 200 WEST 57th CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar,<br>BAUMGART'S NEXT DOOR, INC. d/b/a Baumgart's Café,<br>ALAN PHILLIPS,<br>JONAH PHILLIPS,<br>THEAN CHOO CHONG a/k/a Alfred Chong,<br>SIEW MOY LOW a/k/a Maggie Low,<br>EPHAN "DOE," and "MIGI" DOE,<br><br>        Defendants. | ANSWER OF DEFENDANTS' ALAN PHILLIPS AND JONAH PHILLIPS<br><br><br>19-CV-07654 (VEC) |

Defendants ALAN PHILLIPS and JONAH PHILLIPS, collectively referred to herein as

"Defendants," where not referred to individually by name, by and through counsel, RAYMOND

NARDO, P.C., as and for Defendants' Answer to Plaintiff's Complaint (hereinafter, "the Complaint")

in the above-captioned action, hereby answer as follows:

### INTRODUCTION

  1.  DENY the truth of the allegations set forth in paragraph 1 to the extent it calls for an

    answer.

  2.  DENY the truth of the allegations set forth in paragraph 2.

  3.  DENY the truth of the allegations set forth in paragraph 3.

4.    DENY the truth of the allegations set forth in paragraph 4.

## JURISDICTION AND VENUE

5.    DENY the truth of the allegations set forth in paragraph 5 and refer all legal conclusions to the Court.

6.    DENY the truth of the allegations set forth in paragraph 6 and refer all legal conclusions to the Court.

## PLAINTIFF

7.    DENY the truth of the allegations set forth in paragraph 7.

## EMPLOYERS

**Corporate Employers**

8.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 8.

9.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 9.

10.   DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 10.

11.   DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 11.

12.   DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 12.

13.   DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 13.

14.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 14.

15.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 15.

**Owner/Operator Employers**

16.     DENY the truth of the allegations set forth in paragraph 16.

17.     DENY the truth of the allegations set forth in paragraph 17.

18.     DENY the truth of the allegations set forth in paragraph 18.

19.     DENY the truth of the allegations set forth in paragraph 19.

20.     DENY the truth of the allegations set forth in paragraph 20.

21.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 21.

22.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 22.

23.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 23 .

24.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 24.

25.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 25.

26.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 26.

27.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 27.

28.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 28.

## STATEMENT OF FACTS
### Defendants Constitute an Enterprise

29.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 29.

30.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 30.

31.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 31.

### Wage and Hour Claims

32.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 32

33.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 33.

34.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 34.

35.    DENY the truth of the allegations set forth in paragraph 35.

36.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 36.

**Plaintiff CHANG YAN CHEN**

37.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 37.

38.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 38.

39.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 39.

40.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 40.

41.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 41.

42.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 42.

43.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 43.

44.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 44.

45.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 45.

46.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 46.

47.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 47.

48.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 48.

49.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 49.

50.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 50.

51.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 51.

52.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 52.

53.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 52.

54.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 54.

55.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 55.

56.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 56.

57.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 57.

58.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 58.

59.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 59.

60.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 60.

61.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 61.

62.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 62.

63.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 63.

64.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 64.

65.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 65.

66.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 66.

67.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 67.

68.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 68.

69.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 69.

70.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 70.

71.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 71.

72.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 72.

73.    DENY the truth of the allegations set forth in paragraph 73.

74.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 74.

75.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 75.

76.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 76.

77.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 77.

78.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 78.

79.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 79.

80. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 80.

81. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 81.

82. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 82.

83. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 83.

84. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 84.

85. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 85.

86. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 86.

87. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 87.

88. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to truth of the allegations set forth in Paragraph 88.

89. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 89.

90. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 90.

91.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 91.

92.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 92.

93.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 93

94.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 94.

95.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to truth of the allegations set forth in Paragraph 95.

96.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 96.

97.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 97.

98.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 98.

99.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 99.

100.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 100.

101.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 101.

102.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 102.

103.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 103.

104.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 104.

105.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to truth of the allegations set forth in Paragraph 105.

106.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 106.

107.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 107.

108.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 108.

109.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to truth of the allegations set forth in Paragraph 109.

110.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 110.

111.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 111.

112.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 112.

113.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 113.

114.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 114.

115.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 115.

116.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 116.

117.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 117.

118.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 118.

119.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 119.

120.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 120.

121.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 120.

122.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 122.

123.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 123.

124.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 124.

125.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 125.

126.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 126.

127.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 127.

128.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 128.

129.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 129.

130.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 130.

131.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 131.

132.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 132.

133.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 133.

134.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 134.

135. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 135.

136. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 136.

137. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 137.

138. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 138.

139. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 139.

140. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 140.

141. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 141.

142. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 142.

143. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 143.

144. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 144.

145. DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 145.

146.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 146.

147.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 147.

148.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 148.

149.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 149.

150.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 150.

151.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 151.

152.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 152.

153.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 153.

154.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 154.

155.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 155.

156.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 156.

157.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 157.

158.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 158.

159.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 159

160.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 160.

161.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 161.

162.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 162.

163.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 163.

164.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 164.

165.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 165.

166.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 166.

167.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 167.

168.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 168.

169.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 169.

170.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 170.

171.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 171.

172.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 172.

173.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 173.

174.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 174.

175.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 175.

176.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 176.

177.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 177.

178.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the
truth of the allegations set forth in paragraph 178.

179.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 179.

180.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 180.

181.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 181.

182.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 182.

183.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 183.

184.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 184.

185.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 185.

186.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 186.

187.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 187.

188.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 188.

189.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 189.

190.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 190.

191.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 191.

192.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 192.

193.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 193.

194.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 194.

195.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 195.

196.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 196.

197.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 197.

198.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 198.

199.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 199.

200.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 200.

201.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 201.

202.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 202.

203.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 203.

204.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 204.

205.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 205.

206.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 206.

207.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 207.

208.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 208.

209.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 209.

210.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 210.

211.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 211.

212.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 212.

213.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 213.

214.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 214.

215.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 215.

216.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 216.

217.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 217.

218.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 218.

219.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 219.

220.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 220.

221.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 221.

222.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 222.

223.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 223.

224.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 224.

225.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 225.

226.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 226.

227.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 227.

228.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 228.

229.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in paragraph 229.

**COLLECTIVE ACTION ALLEGATIONS**

230.    DENY the truth of the allegations set forth in paragraph 230 to the extent it calls for an answer.

## CLASS ACTION ALLEGATIONS

231.    DENY the truth of the allegations set forth in  paragraph 231 to the extent it calls for an answer.

232.    DENY the truth of the allegations set forth in  paragraph 231 to the extent it calls for an answer.

233.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 233.

**Numerosity**

234.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 234.

**Commonality**

235.     DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 235.

**Typicality**

236.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 236.

**Adequacy**

237.    DENY the truth of the allegations set forth in Paragraph 237.

**Superiority**

238.    DENY the truth of the allegations set forth in Paragraph 238 to the extent it calls for an answer.

239.    DENY KNOWLEDGE AND INFORMATION sufficient to form a belief as to the truth of the allegations set forth in Paragraph 239.

## STATEMENT OF CLAIMS
### COUNT I.

240.    Defendants repeat and reincorporates each and every answering allegation as though fully set forth herein.

241.    DENY the truth of the allegations set forth in Paragraph 241.

242.    DENY the truth of the allegations set forth in Paragraph 242.

243.    DENY the truth of the allegations set forth in Paragraph 243.

### COUNT II.

244.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

245.    DENY the truth of the allegations set forth in Paragraph 245, and refer all legal conclusions to the Court.

246.    DENY the truth of the allegations set forth in Paragraph 246.

247.    DENY the truth of the allegations set forth in Paragraph 247.

248.    DENY the truth of the allegations set forth in Paragraph 248 and refer all legal conclusions to the Court.

### COUNT III.

249.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

250.    DENY the truth of the allegations set forth in Paragraph 250.

251.    DENY the truth of the allegations set forth in Paragraph 251 and refer all legal conclusions to the Court.

### COUNTY IV.

252.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

253.    DENY the truth of the allegations set forth in Paragraph 253.

254.    DENY the truth of the allegations set forth in Paragraph 254 and refer all legal conclusions to the Court.

255.    DENY the truth of the allegations set forth in Paragraph 255.

256.    DENY the truth of the allegations set forth in Paragraph 256 and refer all legal conclusions to the Court.

257.    DENY the truth of the allegations set forth in Paragraph 257 and refer all legal conclusions to the Court.

258.    DENY the truth of the allegations set forth in Paragraph 258.

259.    DENY the truth of the allegations set forth in Paragraph 259.

### COUNT V.

260.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein

261.    DENY the truth of the allegations set forth in Paragraph 261 and refer all legal conclusions to the Court.

262.    DENY the truth of the allegations set forth in Paragraph 262.

263.    DENY the truth of the allegations set forth in Paragraph 263.

264.    DENY the truth of the allegations set forth in Paragraph 264.

### COUNT VI.

265.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

266.    DENY the truth of the allegations set forth in Paragraph 266.

267.    DENY the truth of the allegations set forth in Paragraph 267.

268.    DENY the truth of the allegations set forth in Paragraph 268.

### COUNT VII.

269.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

270.    DENY the truth of the allegations set forth in Paragraph 270 and refer all legal conclusions to the Court.

271.    DENY the truth of the allegations set forth in Paragraph 271.

### COUNT VIII.

272.    Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

273.    DENY the truth of the allegations set forth in Paragraph 273 and refer all legal conclusions to the Court.

274.    DENY the truth of the allegations set forth in Paragraph 274.

275.    DENY the truth of the allegations set forth in Paragraph 275.

276.    DENY the truth of the allegations set forth in Paragraph 276.

## COUNT IX.

277.   Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

278.   DENY the truth of the allegations set forth in Paragraph 278 and refer all legal conclusions to the Court.

279.   DENY the truth of the allegations set forth in Paragraph 279.

280.   DENY the truth of the allegations set forth in Paragraph 280.

281.   DENY the truth of the allegations set forth in Paragraph 281 and refer all legal conclusions to the Court.

## COUNT X.

282.   Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein

283.   DENY the truth of the allegations set forth in Paragraph 283 and refer al legal conclusions to the Court.

284.   DENY the truth of the allegations set forth in Paragraph 284.

285.   DENY the truth of the allegations set forth in Paragraph 285 and refer all legal conclusions to the Court.

## COUNT XI.

286.   Defendants repeat and reincorporate each and every answering allegation as though fully set forth herein.

287.   DENY the truth of the allegations set forth in Paragraph 287.

288.   DENY the truth of the allegations set forth in Paragraph 288.

289.    DENY the truth of the allegations set forth in Paragraph 289.

290.    DENY the truth of the allegations set forth in Paragraph 290.

291.    DENY the truth of the allegations set forth in Paragraph 291.

292.    DENY the truth of the allegations set forth in Paragraph 292.

293.    DENY the truth of the allegations set forth in Paragraph 293.

294.    DENY the truth of the allegations set forth in Paragraph 294.

295.    DENY the truth of the allegations set forth in Paragraph 295.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

296.    Plaintiff is not entitled to relief as Plaintiff's Complaint fails to state a cause of action.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

297.    Plaintiff is not entitled to relief due to unclean hands.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

298.    Any and all damages alleged were not "willful" under the NYLL.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

299.    Plaintiff is not entitled to relief because defendants paid plaintiff properly for all

hours worked.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

300.    Plaintiff is not entitled to relief because defendants were not engaged in "interstate

commerce."

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

301.    Plaintiff is not entitled to relief because defendants were not engaged in the

production of goods for commerce.

### AS AND FOR AN SEVENTH AFFIRMATIVE DEFENSE

302. Plaintiff's claims must fail based on the Statute of Limitations and plaintiff's failure to exhaust administrative remedies.

### AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

303. Defendants do not owe any wages to Plaintiff.

### AS AND FOR A NINTH AFFIRMATIVE DEFENSE

304. Plaintiff is exempt from the NYLL.

### AS AND FOR A TENTH AFFIRMATIVE DEFENSE

305. Plaintiff's claims are not common enough to sustain a collective or class action.

### AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

306. Plaintiffs' claims are not typical enough to sustain a collective or class action.

### AS AND FOR A twelfth AFFIRMATIVE DEFENSE

307. Plaintiff's claims do not fit the numerosity requirement.

### AS AND FOR A thirteenth affirmative DEFENSE

308. Plaintiff's counsel is not adequate to represent a class.

### AS AND FOR A fourteenth AFFIRMATIVE DEFENSE

309. A class action is not superior to individual actions.

### AS AND FOR An fifteenth AFFIRMATIVE DEFENSE

310. Defendants had no ownership, control, or interest in the corporate defendants at the relevant time.

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE

311.    At all times herein, Defendants used good faith in calculating Plaintiff's

compensation.

### AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE

312.    Defendants are not "employers" under the NYLL.

### AS AND FOR AN EIGHTEENTH AFFIRMATIVE DEFENSE

313.    At all times, Defendants made complete and timely payment to Plaintiffs for all

wages due.

### AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE

314.    At all times Defendants believed, in good faith, that they were not required to provide

195.1 Statements to Plaintiffs.

### AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE

315.    At all times Defendants believed, in good faith, that they were not required to provide

195.3 paystubs to Plaintiffs.

### AS AND FOR A TWENTY FIRST AFFIRMATIVE DEFENSE

316.    Plaintiffs are not similarly situated enough to maintain a class or collective action.

### AS AND FOR A TWENTY FIRST AFFIRMATIVE DEFENSE

317.    Any and all damages alleged were not "willful" under the FLSA.


**WHEREFORE**, Defendants respectfully request that the Court dismiss Plaintiff's Complaint

with prejudice and award Defendants costs and disbursements, attorney fees, and such other and

further relief as this Honorable Court would deem just, proper and equitable.

Dated:  Mineola, NY
         November 13, 2019

RAYMOND NARDO, P.C.

RAYMOND NARDO, ESQ.
129 Third Street
Mineola, NY 11501
raymondnardo@gmail.com
(516) 248-2121
*Attorney for Plaintiff*