```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/7/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*

                            Plaintiff,

-against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; BAUMGART'S NEXT DOOR INC. d/b/a Baumgart's Café; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; EPHAN "DOE"; and "MIGI" DOE

                            Defendants.
------------------------------------------------------------- X

19-CV-7654 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for an initial pretrial conference on August 7, 2020;

IT IS HEREBY ORDERED that Plaintiff's motion for leave to amend the Amended Complaint is granted.

IT IS FURTHER ORDERED that Plaintiff's motion for conditional certification of a collective is due no later than **September 2, 2020**; Defendants' response is due no later than **September 25, 2020**; and Plaintiff's reply is due no later than **October 2, 2020**.

The Court will hold on entering a formal case management plan in this matter until it has decided Plaintiff's motion for conditional certification.

**SO ORDERED.**

Date: **August 7, 2020**
      New York, NY

                                             _____
                                             **VALERIE CAPRONI**
                                             **United States District Judge**