USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/18/2020

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

CHANG YAN CHEN,
*On behalf of himself and others similarly situated*

                            *Plaintiff*,

              -against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar,
BAUMGART'S NEXT DOOR INC. d/b/a Baumgart's Café,
792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo,
ALAN PHILLIPS,
JONAH PHILLIPS,
THEAN CHOO CHONG a/k/a Alfred Chong,
SIEW MOY LOW a/k/a Maggie Low,
STEW M. LOW,
EPHAN "DOE", and
"MIGI" DOE,

                            *Defendants.*

-----------------------------------------------------------------X

Index No. 19-cv-7564 7654 (VEC)

**NOTICE OF MOTION**

**TO DISMISS**

       **PLEASE TAKE NOTICE**, that upon the annexed Joshua S. Androphy, Esq., and upon the annexed Memorandum of Law, defendants Lilli's 200 West 57th Corp., Thean Choo Chong, Ephan "Doe," "Migi" Doe, Baumgart's Next Door, Inc., Siew Mow Low, 792 Restaurant Food Corp., and Stew M. Low (the "Moving Defendants"), by and through their undersigned attorneys Morrison Tenenbaum PLLC, hereby movefor entry of an order pursuant Fed. R. Civ. P. 12(b)(6) to dismiss (1) all claims against Baumgart's Next Door Inc. and (2) the New Jersey Wage and Hour Law ("NJWHL") claims, Counts III and VI, of the second amended complaint against the Moving Defendants.

       **PLEASE TAKE FURTHER NOTICE**, that any responses or objections to the Motion must be in writing, shall conform to the Federal Rules of Civil Procedure and the Local

Rules of the District Court, and pursuant to Fed. R. Civ. P. 6(c)(1)(C) and Local Civil Rule 6.1:

Plaintiff shall file his response to the Motion, within 14 days of service of the motion, by September 30, 2020.

Dated: New York, New York
September 16, 2020

**MORRISON TENENBAUM PLLC**

By: /s/ Joshua S. Androphy
Lawrence F. Morrison
Joshua S. Androphy
87 Walker Street, Floor 2
New York, NY  10013
T. (212) 620-0938
F. (646) 390-5095
Attorneys for Moving Defendants

Plaintiff's response to Defendants' motion is due not later than **October 2, 2020**.  Defendants' reply is due not later than **October 9, 2020**.

SO ORDERED.

*[signature]* 09/18/2020

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE

2