```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/15/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*,

                                        Plaintiff,

-against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; STEW M. LOW; EPHAN "DOE"; and "MIGI" DOE,

                                        Defendants.
-------------------------------------------------------------- X

19-CV-7654 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the parties are scheduled to appear before the Court for a conference on June 18, 2021, at 10:00 a.m.;

IT IS HEREBY ORDERED that the June 18, 2021 conference is rescheduled for **June 18, 2021, at 10:30 a.m.**

IT IS FURTHER ORDERED that the June 18 conference will be held as a teleconference. The parties may dial-in using: (888) 363-4749 // Access Code: 3121171 // Security Code: 7654.

**SO ORDERED.**

Date: June 15, 2021
      New York, NY

                                                        **VALERIE CAPRONI**
                                                        United States District Judge