```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/17/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*,

          Plaintiff,   19-CV-7654 (VEC)

-against-   ORDER

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; STEW M. LOW; EPHAN "DOE"; and "MIGI" DOE,

          Defendants.
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

  WHEREAS the parties are scheduled to appear before the Court for a teleconference on Friday, June 18, 2021, at 10:30 a.m.; and

  WHEREAS the Court will be closed on June 18 for the just-announced Juneteenth holiday;

  IT IS HEREBY ORDERED that the teleconference is RESCHEDULED for **June 21, 2021, at 10:30 a.m.** The parties should dial-in to the proceeding using (888) 363-4749 // Access code: 3121171# // Security code: 7654#. All of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited by law.

**SO ORDERED.**

Date: June 17, 2021
   New York, NY

              _____
              **VALERIE CAPRONI**
              **United States District Judge**