USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/21/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------ X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*,

           Plaintiff,

-against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; STEW M. LOW; EPHAN "DOE"; and "MIGI" DOE,

           Defendants.
------------------------------------------------------------------ X

19-CV-7654 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a teleconference on June 21, 2021;

IT IS HEREBY ORDERED that Plaintiff's time to provide notice to potential collective member Jian Hua Li is extended to **July 30, 2021**.

IT IS FURTHER ORDERED that, as set forth in the separately filed Case Management Plan, the parties' discovery deadline is **September 20, 2021**. The parties are reminded that this is a firm deadline, and they must make every effort to comply with this deadline.

IT IS FURTHER ORDERED that the parties are scheduled to appear for a pretrial conference on **September 24, 2021, at 10:00 a.m.** The Court will inform the parties closer to the date of the conference whether it will be in-person or a teleconference.

**SO ORDERED.**

Date: June 21, 2021
   New York, NY

           _____
           **VALERIE CAPRONI**
           **United States District Judge**