```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*,

                          Plaintiff,

-against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; STEW M. LOW; EPHAN "DOE"; and "MIGI" DOE,

                          Defendants.
-------------------------------------------------------------- X

19-CV-7654 (VEC)

ORDER

**VALERIE CAPRONI**, United States District Judge:

      WHEREAS the parties have informed the Court of a discovery dispute;

      IT IS HEREBY ORDERED that the parties must appear before the Court for a teleconference on **October 8, 2021, at 11:30 a.m.**  The parties may dial in using: (888) 363-4749 // Access Code: 3121171# // Security Code: 7654#.

**SO ORDERED.**

Date:  October 6, 2021
       New York, NY

                                          **VALERIE CAPRONI**
                                          United States District Judge