```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/8/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*,

                                        Plaintiff,

                    -against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; EPHAN "DOE"; and "MIGI" DOE,

                                       Defendants.
-------------------------------------------------------------- X

19-CV-7654 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court on October 8, 2021, to resolve discovery disputes;

IT IS HEREBY ORDERED that, for the reasons stated on the record at the October 8, 2021, hearing, discovery is STAYED. Defendants' motions to stay the case are due not later than **October 22, 2021**. Plaintiff's response is due not late than **November 5, 2021**. Defendants' replies are due not later than **November 12, 2021**.

IT IS FURTHER ORDERED that if the United States Bankruptcy Court for the Eastern District of New York lifts the automatic stay as to the three Defendants who have filed for bankruptcy, *see* Dkt. 91, Plaintiff must inform the Court.

**SO ORDERED.**

Date: October 8, 2021
      New York, NY

_____
      **VALERIE CAPRONI**
      **United States District Judge**