

**MEMO ENDORSED**

**TROY LAW, PLLC**
ATTORNEYS / COUNSELORS AT LAW
Tel: (718) 762-1324   troylaw@troypllc.com   Fax: (718) 762-1342
41-25 Kissena Boulevard, Suite 119, Flushing, NY 11355

October 22, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/22/21

<u>Via ECF</u>
Hon. Valerie Caponi, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

  Re: **Plaintiffs Letter to Adjourn Post-Discovery Conference *Sine Die*:**
     <u>*Chen v. Lilis 200 West 57th Corp. et al. 1:19-cv-07654*</u>

Your Honor,

  This office represents the Plaintiffs in the above-captioned matter. We write respectfully and with the Consent of both sets of Defendants to Adjourn the Post Discovery Conference Scheduled today as *Sine Die*. This is the parties first request and granting such request will not prejudice any party in the action.

  On September 17, 2021, Your Honor granted the parties joint letter extending discovery to October 15, 2021 and setting October 22, 2021 as the date for the post-discovery conference in the matter. *See* Dkt No. 86. On October 8, 2021, Attorney for Defendants for Lilli's 200 West 57th Corp; Thean Choo Chong; Ephan "Doe"; "Migi" Doe, Siew Mow Low; 792 Restaurant Food Corp Stew M. Low, informed the court that Defendant Lilis 200 West 57th Corp, 792 Restaurant Food Corp and Siew Moy Low filed for bankruptcy. *See* Dkt No. 91. As a result of the certain Defendants filing their Suggestion of Bankruptcy, Your Honor at the October 8, 2021 conference decided to stay the case in its entirety. Further Your Honor stated that Defendants Motion to Stay the case would be due no later than October 22, 2021, Plaintiff's response will be due November 5, 2021, and Defendant's reply will be due November 12, 2021. *See* Dkt No. 93

  As a result of the case being stayed at the moment, the parties believe that the conference scheduled for October 22, 2021 should be adjourned *Sine Die*.

  We thank this court for its time and consideration in this matter.

Respectfully Submitted,

/s/ John Troy
*Attorney for the Plaintiffs*

Cc: all counsel of record

JT/gd

Application GRANTED.

SO ORDERED.

*[signature: Valerie Caproni]*
10/22/21

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE