USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__6/10/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X

CHANG YAN CHEN, *on his own behalf and on* : 
*behalf of others similarly situated* :
 :
Plaintiff, : 19-CV-7654 (VEC)
 :
-against- : ORDER
 :
LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 :
Asian Cuisine & Sushi Bar; BAUMGART'S NEXT :
DOOR INC. d/b/a Baumgart's Café; ALAN :
PHILLIPS; JONAH PHILLIPS; THEAN CHOO :
CHONG a/k/a Alfred Chong; SIEW MOY LOW :
a/k/a Maggie Low; EPHAN "DOE"; and :
"MIGI" DOE :
Defendants. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS a teleconference regarding a discovery dispute was held on June 10, 2022

with counsel for the Plaintiffs and counsel for Lillis 200 West 57th Corp.; Thean Choo Chong;

Ephan "Doe"; "Migi" Doe; Baumgart's Next Door, Inc.; Siew Moy Low; 792 Restaurant Food

Corp.; and Stew M. Low.

IT IS HEREBY ORDERED that the parties must file a joint status update providing the

dates and locations of each of the remaining depositions of Defendants and Plaintiff by end-of-

day **Monday, June 13, 2022**.  All depositions must be scheduled to occur and must occur on or

before **June 30, 2022**.


**SO ORDERED.**

Date:  **June 10, 2022**
         **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**