| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 7/15/22 |

------------------------------------------------------------- X
CHANG YAN CHEN, *on his own behalf and on behalf of others similarly situated*,

                                                Plaintiff,

-against-

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; ALAN PHILLIPS; JONAH PHILLIPS; THEAN CHOO CHONG a/k/a Alfred Chong; SIEW MOY LOW a/k/a Maggie Low; EPHAN "DOE"; and "MIGI" DOE,

                                                Defendants.
------------------------------------------------------------- X

19-CV-7654 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

       WHEREAS the parties appeared for a pre-trial conference on July 15, 2022;

       IT IS HEREBY ORDERED that Defendants' motion for partial summary judgment is due not later than **September 2, 2022**. Plaintiffs' response is due not later than **September 30, 2022**. Defendants' brief in reply is due not later than **October 14, 2022**.

       IT IS FURTHER ORDERED that the Court will refer the parties to the District's Mediation Program by separate order.

**SO ORDERED.**

**Date:  July 15, 2022**
       **New York, NY**

                                                             **VALERIE CAPRONI**
                                                         **United States District Judge**