**MEMO ENDORSED**

# MORRISON TENENBAUM

MORRISON-TENENBAUM PLLC, ATTORNEYS-AT-LAW M-T-LAW.COM
87 WALKER STREET 2ND FLOOR NEW YORK NY 10013
PHONE 212.620.0938 FAX 646.998.1972

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 03/14/2023

March 13, 2023

**VIA ECF**
Honorable Valerie E. Caproni
United States District Court, Southern District of New York
40 Centre Street
New York, NY 10007

**Re: Chen v. Lilis 200 West 57th Corp., No. 19-cv-07654 (VEC), (S.D.N.Y.)**

Dear Judge Caproni:

 We are counsel for the Defendants in the above captioned matter. We write with the consent of Plaintiff to respectfully request (1) an extension of time from April 7 to April 10 to submit the joint pretrial order and additional required pretrial materials, and (2) an adjournment of the final pretrial conference scheduled for April 27 at 11:00 a.m.

 The reason for the requested extension of the deadline to submit the joint pretrial order and additional required pretrial materials is that April 7 is the second day of Passover, and as such, I do not use electricity or work on that day. I therefore request an extension to April 10, which, as a middle day of Passover, does not have the same restrictions. The reason for the requested adjournment of the April 27 pretrial conference is that I have another previously scheduled conference on that date, which was already adjourned once to that date. Plaintiff consents to the requested extension and adjournment. We have conferred and are both available for an adjourned pretrial conference on April 28, May 2 in the afternoon, or May 3.

 This is the first request for an extension and adjournment of the deadline and conference date.

 We thank Your Honor for your attention to this matter.

             Respectfully,

             /s/ Joshua S. Androphy
              Joshua S. Androphy, Esq.

All counsel (VIA ECF)

Application GRANTED. The deadline for the parties to submit their Joint Pretrial Order, pre-marked trial exhibits, requests to charge, and proposed voir dire questions is hereby extended from Friday, April 7, 2023 until **Monday, April 10, 2023**. The final pretrial conference is adjourned from Thursday, April 27, 2023 at 11:00 A.M. until **Tuesday, May 2, 2023 at 2:30 P.M.**

SO ORDERED.

*[Signature]* 03/14/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE