TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 110
Flushing, NY 11355
Tel:    (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------x
CHANG YAN CHEN,
                  Plaintiff,
           v.
LILI'S 200 WEST 57TH CORP
    d/b/a Lil's 57 Asian Cuisine, *et al.*
                        Defendants.
------------------------------------------------------------------x

Case No: 19-cv-07654 (VEC)

**NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68**

      PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiff CHANG YAN CHEN, through his undersigned counsel, hereby accepts and provides notice that he has accepted Defendants' Offer of Judgment to Plaintiffs dated April 4, 2023 attached hereto as Exhibit A.

Dated: Flushing, New York
April 7, 2023

                                          TROY LAW, PLLC
                                          *Attorneys for the Plaintiff*

                                          John Troy

TROY LAW, PLLC
*Attorneys for the Plaintiff*
41-25 Kissena Blvd., Suite 103
Flushing, NY 11355
Tel:  (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

CHANG YAN CHEN,

                       Plaintiff,

                       v.

LILI'S 200 WEST 57TH CORP
    d/b/a Lil's 57 Asian Cuisine, *et al.*
                       Defendants

---------------------------------------------------------------x

Case No: 19-cv-07654 (VEC)

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent *via* ECF to their Attorney of Record.

Dated: Flushing, New York
April 7, 2023

                                                TROY LAW, PLLC
                                                *Attorneys for the Plaintif*

                                                John Troy