UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHANG YAN CHEN, et al.,

        Plaintiffs,

-against-

LILIS 200 WEST 57TH CORP., et al.,

        Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 06/05/2023
```

19-CV-7654 (VEC) (BCM)

**ORDER REGARDING REFERRAL**

**BARBARA MOSES, United States Magistrate Judge.**

      The above-referenced action has been referred to Magistrate Judge Barbara Moses for settlement and for report and recommendation on the dispositive motion at Dkt. 147, pursuant to 28 U.S.C. § 636(b)(1)(A) and (B). All motions and applications related to these matters must be made to Judge Moses and in compliance with this Court's Individual Practices in Civil Cases, available on the Court's website at https://nysd.uscourts.gov/hon-barbara-moses. Parties and counsel are cautioned:

      1.    Requests to adjourn a court conference or other court proceeding (including a settlement conference) or to extend a deadline must be made in writing and in compliance with § 2(a) of Judge Moses's Individual Practices. Telephone requests for adjournments or extensions will not be entertained.

      2.    In accordance with § 1(d) of Judge Moses's Individual Practices, letters and letter-motions are limited to four pages, exclusive of attachments. Courtesy copies of letters and letter-motions filed via ECF are required only if the filing contains voluminous attachments. Courtesy copies should be delivered promptly, should bear the ECF header generated at the time of electronic filing, and should include tabs for the attachments.

Dated: New York, New York
       June 5, 2023

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**