**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
CHANG YAN CHEN, on his own behalf and on behalf of others similarly situated,

                Plaintiff,

-against-   19 **CIVIL** 7654 (VEC)

# JUDGMENT

LILIS 200 WEST 57TH CORP. d/b/a Lili's 57 Asian Cuisine & Sushi Bar; 792 RESTAURANT FOOD CORP. d/b/a Lilli and Loo; SIEW MOY LOW a/k/a Maggie Low; STEW M. LOW; EPHAN "DOE"; and "MIGI" DOE,

                Defendants.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 6, 2024, and the Court's Order dated February 23, 2024, the R&R is adopted in full; Plaintiff's motion is GRANTED IN PART, and Plaintiff is awarded $49,791.76 in attorneys' fees and $400 in costs.

**Dated:**  New York, New York

      November 7, 2024

                                              **DANIEL ORTIZ**
                                              **Acting Clerk of Court**

                          **BY:**      *K. Mango*

                                                  **Deputy Clerk**