UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHANG YAN CHEN,
*On his own behalf and on behalf of others similarly suited*

                              Plaintiff,        19-cv-07654 (VEC)

         - against -        **SATISFACTION OF JUDGMENT**

LILI'S 200 WEST 57TH CORP d/b/a Lili's
Asian Cuisine; 792 RESTAURANT FOOD CORP
d/b/a Lilli and Loo; SIEW MOY LOW,

                             Defendant.
------------------------------------x

      WHEREAS, a judgment was entered in the above action on the 10th day of April, 2023 in favor of Plaintiff CHANG YEN CHEN and against Defendants LILI'S 200 WEST 57th CORP d/b/a Lili's 57 Asian Cuisine; 792 RESTAURANT FOOD CORP d/b/a Lilli and Loo; and SIEW MOY LOW in the amount of $50,000.00 plus interest from the 10th day of April, 2023 with attorneys' fees to be awarded and costs to be taxed; and judgment for attorneys' fees in the amount of $49,791.76 and costs in the amount of $400.00 having been entered on the 7th day of November, 2024, and said judgment with interest and costs thereon having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall,

      THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York
      November 25, 2024

                                    **TROY LAW PLLC**

                                By: _/s/ John Troy_
                                   John Troy
                                   Attorneys for Plaintiffs
                                   41-25 Kissena Boulevard, Suite 110
                                   Flushing, NY 11355
                                   Tel: (718) 762-1324
                                   troylaw@troypllc.com

STATE OF NEW YORK         )
                          )   ss.:
COUNTY OF QUEENS          )

On the 25th day of November, 2024 before me personally came John Troy to me known and known to be a member of the firm of Troy Law PLLC, attorneys for Plaintiffs in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

TIFFANY TROY
Notary Public, State of New York
No. 02TR6419683
Qualified in Queens County
Commission Expires 07/12, 2025